IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUEL EAGER | ) CIVIL NO. 19-00407 DKW-WRP |
| | ) |
| Plaintiff, | ) FINDINGS AND |
| | ) RECOMMENDATION TO |
| vs. | ) DISMISS THIS ACTION |
| | ) WITHOUT PREJUDICE |
| DEPARTMENT OF PUBLIC | ) |
| SAFETY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

FINDINGS AND RECOMMENDATION TO
DISMISS THIS ACTION WITHOUT PREJUDICE[1]

Plaintiff filed this action on June 26, 2019. See ECF No. 1. On September 24, 2019, this Court issued a Deficiency Notice and Order Regarding Service of Defendants. See ECF No. 13. In that order, the Court gave notice to Plaintiff that he must serve his Complaint on Defendants within 30 days and that failure to do so may result in dismissal of this action for failure to prosecute or otherwise follow a court order. See id. (citing Fed. R. Civ. P. 41(b), 4(m); In re Sheehan, 253 F.3d 507, 513 (9th Cir. 2001)).

---

[1] Within fourteen days after a party is served with the Findings and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), a party may file written objections in the United States District Court. A party must file any objections within the fourteen-day period to preserve appellate review of the Findings and Recommendation.

Plaintiff did not respond to the Deficiency Notice or file a return of service within the 30 days. On November 1, 2019, the Court issued a Findings and Recommendation that the district court dismiss this action because Plaintiff had not filed a return of service indicating that he effected service as directed in the Deficiency Notice. See ECF No. 14. On the same date, Plaintiff filed a response asking for additional time to serve the Complaint, for service to be completed "by mail or by Federal Marshall, as is the normal procedure," for copies of the required documents to complete service. See ECF No. 15. Plaintiff noted that he was out of the country in August and September and had not received the necessary documents to complete service. See id.

On November 5, 2019, this Court granted Plaintiff's request for it to reconsider its prior Findings and Recommendation to dismiss this action. See ECF No. 17. The Court vacated its prior recommendation, found that Plaintiff had demonstrated good cause to extend the time limit for service under Federal Rule of Civil Procedure 4(m), and extended the time for service up to and including February 3, 2020. See id. The Court reminded Plaintiff that he is responsible for effecting service of the Complaint and Summons on all Defendants in accordance with Rule 4 and directed the Clerk's Office to send Plaintiff copies of the documents necessary to complete service. See id.

Although Plaintiff has been given more than seven months to complete service, Plaintiff has not effected service of the Complaint or Summons

on Defendants as required under Rule 4 of the Federal Rules of Civil Procedure.

Accordingly, the Court FINDS AND RECOMMENDS that this case be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rule of Civil Procedure.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, FEBRUARY 25, 2020.



Wes Reber Porter
United States Magistrate Judge

**EAGER V. DEPARTMENT OF PUBLIC SAFETY, ET AL., CIVIL NO. 19-00407 DKW-WRP; FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE**