# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUEL EAGER, | ) | CV 19-00407 DKW-WRP |
| Plaintiff, | ) | |
| vs. | ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| DEPARTMENT OF PUBLIC SAFETY; HEALTH CARE BRANCH; DR. PADERES; DR. SALDANA, | ) | |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 25, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss this Action Without Prejudice", ECF No. 18 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: March 20, 2020 at Honolulu, Hawaii.



Derrick K. Watson
United States District Judge